IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON; RICHARD CHARLSON, individually; NINA CHARLSON, individually,

Plaintiffs,

v.

CARSON HELICOPTERS, INC., et al.,

Defendants.

2:08-CV-2756-GEB-KJM

ORDER

Pending are Defendant Carson Helicopters, Inc.'s motion to strike, motion for more definite statement, and motion to dismiss, which are set for hearing on April 20, 2009. However, on March 31, 2009, the undersigned judge received the attached letter from the United States Judicial Panel on Multidistrict Litigation. The letter states "[p]resently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes [this action]," and that the undersigned judge "may wish to wait [on ruling on any pending motion] until the Panel has decided the transfer issue." Accordingly, the

//

//

motions are deemed withdrawn, and may be re-noticed for hearing after the Panel has decided the transfer issue.

Dated: April 8, 2009

GARLAND E. BURRELL, JR.
United States District Judge