# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON, RICHARD CHARLSON, individually, NINA CHARLSON, individually,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CARSON HELICOPTERS, INC., an Oregon Corporation; UNITED TECHNOLOGIES CORP., a Delaware Corporation; SIKORSKY AIRCRAFT CORP., a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation, and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:08-CV-02756 GB/KM<br><br>**STIPULATION AND ORDER CONTINUING THE MAY 4, 2009 STATUS CONFERENCE** |

**IT IS HEREBY STIPULATED THAT:**

　　　WHEREAS, there is pending motion before the Judicial Panel on Multidistrict Litigation concerning this and other cases related to the August 5, 2008 helicopter crash; and

　　　WHEREAS, the parties in this case have been meeting and conferring regarding a stipulation and proposed order to transfer this case to the District of Oregon pursuant to 28 U.S.C. § 1404(a);

　　　ACCORDINGLY, the parties respectfully request that the May 4, 2009 Status Conference be continued 60 days.

| | | |
|---|---|---|
| 1 | Dated: April 20, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | By:   /s/ Stephen L. Nelson<br>        STEPHEN L. NELSON |
| 4 | | JOANNE MADDEN<br>Attorneys for Defendant |
| 5 | | CARSON HELICOPTERS, INC. |
| 6 | Dated: April 20, 2009 | THE BRANDI LAW FIRM |
| 7 | | |
| 8 | | By:   /s/ Brian J. Malloy<br>        THOMAS BRANDI |
| 9 | | BRIAN MALLOY<br>Attorneys for Plaintiffs |
| 10 | | The Estate of Scott Charlson<br>Richard Charlson |
| 11 | | Nina Charlson |
| 12 | Dated: April 20, 2009 | GLYNN & FINLEY, LLP |
| 13 | | |
| 14 | | By:   /s/ Clement L. Glynn<br>        CLEMENT L. GLYNN |
| 15 | | JAMES M. HANLON, JR.<br>Attorneys for Defendant General Electric Company |
| 16 | | |
| 17 | Dated: April 20, 2009 | MENDES & MOUNT, LLP |
| 18 | | By:   /s/ Christopher S. Hickey |
| 19 | | JAMES W. HUNT<br>CHRISTOPHER S. HICKEY |
| 20 | | ADAM A. GRABLE<br>Attorneys for Defendants Sikorsky Aircraft Corporation |
| 21 | | and United Technologies Corporation |

## ORDER

The Court has read and considered the stipulation between the parties requesting that the May 4, 2009 Status Conference be continued 60 days.

ACCORDINGLY, it is ordered that the May 4, 2009 Status conference is continued to July 13, 2009 at 9:00 a.m. in Department 10. A joint status report is to be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated: 4/23/09

United States District Judge

1
2   I, Brian J. Malloy, am the ECF User whose ID and password are being used to file this
3   Stipulation and Order Continuing the May 4, 2009 Status Conference. I hereby attest that
4   concurrence in the filing of the within document has been obtained from each of the signatories
5   herein.
6
    Dated: April 20, 2009                    THE BRANDI LAW FIRM
7
8                                    By:    /s/ Brian J. Malloy_____
                                            BRIAN MALLOY
9                                           Attorneys for Plaintiffs
                                            The Estate of Scott Charlson
10                                          Richard Charlson
                                            Nina Charlson
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28