UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON, RICHARD CHARLSON, individually, NINA CHARLSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON HELICOPTERS, INC., an Oregon Corporation; UNITED TECHNOLOGIES CORP., a Delaware Corporation; SIKORSKY AIRCRAFT CORP., a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-02756 GB/KM<br><br>**STIPULATION AND ORDER TRANSFERRING THIS ACTION UNDER 28 U.S.C. § 1404(a) TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND DIVISION** |

**IT IS HEREBY STIPULATED THAT:**

WHEREAS, the Plaintiffs in this action, Richard Charlson and Nina Charlson, reside in the State of Oregon;

WHEREAS, the decedent, Scott Charlson, resided in the State of Oregon at the time of his death;

WHEREAS, there are three related matters pending in the United States District Court for the District of Oregon, Portland Division, *Hammer v. Columbia Helicopters, Inc., et al.*, No. 09-CV-304-HU (D. Oregon), *O'Donnell v. Columbian Helicopters, Inc., et al.*, No. 09-CV-303-BR (D. Oregon), and *Columbia Helicopters, Inc. v. Carson Helicopters, Inc.*, No. 08-CV-6415-AA (D. Oregon); and

WHEREAS, it will serve the conveniences of the parties and the witnesses to have this matter heard in the United States District Court for the District of Oregon, Portland Division,

1   ACCORDINGLY, for the conveniences of the parties witnesses, and in the interest of
2   justice, the parties request that this matter be transferred under 28 U.S.C. § 1404(a) to the United
3   States District Court for the District of Oregon, Portland Division.

4

5   Dated:                          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6
                                    By: _____
7                                       STEPHEN L. NELSON
                                        JOANNE MADDEN
8                                       Attorneys for Defendant
                                        CARSON HELICOPTERS, INC.
9

10  Dated:                          THE BRANDI LAW FIRM

11
                                    By: _____
12                                      THOMAS BRANDI
                                        BRIAN MALLOY
13                                      Attorneys for Plaintiffs
                                        The Estate of Scott Charlson
14                                      Richard Charlson
                                        Nina Charlson
15

16  Dated:                          GLYNN & FINLEY, LLP

17
                                    By: _____
18                                      CLEMENT L. GLYNN
                                        JAMES M. HANLON, JR.
19                                      Attorneys for Defendant General Electric Company

20
    Dated:                          MENDES & MOUNT, LLP
21

22                                  By: _____
                                        JAMES W. HUNT
23                                      CHRISTOPHER S. HICKEY
                                        ADAM A. GRABLE
24                                      Attorneys for Defendants Sikorsky Aircraft Corporation
                                        and United Technologies Corporation
25

26

27

28

1 **ORDER**

2 The Court has read and considered the stipulation between the parties requesting that this
3 action be transferred under 28 U.S.C. § 1404(a) to the United States District Court for the District
4 of Oregon, Portland Division.

5 Based on the facts set forth in the stipulation between the parties and the papers and records
6 on file in this action, the Court finds that it will serve the conveniences of the parties and witnesses,
7 and be in the interest of justice, to transfer this matter to the United States District Court for the
8 District of Oregon, Portland Division.

9 Accordingly, pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States
10 District Court for the District of Oregon, Portland Division, for the conveniences of the parties and
11 witnesses, and in the interest of justice.

12 **IT IS SO ORDERED.**

14 Dated: 5/5/09                                             The Honorable Garland Burrell, Jr.
15                                                          United States District Judge